IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FERLIS ELLIS, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 5:23-CV-165-BQ |
| v. § | |
| § | |
| SPROUTS FARMERS MARKET § | |
| TEXAS, LP, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is the parties' Stipulation of Dismissal, filed under FED. R. CIV. P. 41(a)(1)(A)(ii). ECF No. 15. The filing is signed by all parties to the action. *Id.* at 2. "Except in special circumstances, . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004) (per curiam). Upon consideration of the filing, the Court finds that the parties' joint notice satisfies the requirements for voluntary dismissal without a court order as set forth in Rule 41(a)(1)(A)(ii). *See* ECF No. 15. Accordingly, the Court **DIRECTS** the Clerk of Court to close the case—all claims against all parties are dismissed with prejudice and each party shall bear their own costs.

**SO ORDERED.**

Dated: March 15, 2024.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE